IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAQUEL EVIN VÉLEZ-MOLINA, her husband, RADAMÉS RIVERA-COLON and their CONJUGAL PARTNERSHIP<br>**Plaintiff**<br><br>vs.<br><br>THOMAS RIVERA SCHATZ in his official capacity as PRESIDENT OF THE SENATE OF PUERTO RICO; and SENATOR MIGUEL ROMERO-LUGO in his official and personal capacity<br>**Defendant** | Civil No.:<br><br>RE: Title VII / Discrimination based on Sex, Disparate Treatment, Hostile Work Environment and Retaliation.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

**TO THE HONORABLE COURT:**

COMES NOW PLAINTIFFS, RAQUEL E. VÉLEZ-MOLINA, her husband, RADAMÉS RIVERA and their CONJUGAL PARTNERSHIP, through the undersigned attorney, and respectfully allege and pray as follows:

### I. INTRODUCTION

This is a civil action seeking monetary damages, brought on behalf of Plaintiffs, particularly Ms. Raquel E. Vélez-Molina, who worked as an office worker, at the office of the Puerto Rico Senator, Hon. Miguel Romero-Lugo. Plaintiff suffered discrimination based on sex, disparate treatment, hostile work environment, and retaliation for her protected actions in affirmatively opposing discriminatory practices in the office and for filing and Discrimination Charge before the EEOC.

### II. JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § § 451, 1331 and 1343. This civil action is authorized and instituted pursuant to pertinent provisions of, *inter alia*, Section

701 et seq., of Title VII of the Civil Rights Act of 1964 and the Constitution of the United States of America. 42 U.S.C. §§ 2000e.

2. Supplemental Jurisdiction is invoked under 28 U.S.C § 1367 for all causes of action brought against co-defendants under the following Puerto Rico State Laws: Art. II, Sec. 1 of the Puerto Rico Constitution; PR Law 100-1959, as amended, 29 L.P.R.A. §§ 146, et seq.; PR Law 115-1991, 29 L.P.R.A. §§ 194, et seq.; PR Law 69-1985, 29 L.P.R.A. §§ 1321, et seq.

3. Plaintiffs have complied fully with all the prerequisites for jurisdiction in this Honorable Court by which jurisdiction is founded upon the above cited legislation and the Constitution of the United States of America.

4. Venue is proper in this District pursuant to 28 U.S.C. 1391 (a) (b). This is proper venue to bring this action since all of the events and omissions giving rise to the claim occurred in this judicial district and because it is the judicial district in which the employment records relevant to the challenged employment action are maintained and administered.

### III. PARTIES

5. Raquel E. Vélez-Molina (Raquel) is of legal age, former employee of the Office of Senator Miguel Romero-Lugo, and a resident of the Commonwealth of Puerto Rico. At all times relevant hereto Raquel was employed by Defendant. Mr. Radamés Rivera-Colón is legally married to Raquel with whom they form a Conjugal Partnership.

6. Co-Defendant, Puerto Rico Senate, is the Upper House of the Puerto Rico Legislative Branch and was created by Article III of the Puerto Rico Constitution and it is Presided and Represented by Hon. Thomas Rivera Schatz. At all times relevant, the Senate of Puerto Rico was Raquel's employer under the definitions of Title VII and all of the Puerto Rico State Laws cited in allegation #2 of this Complaint.

7. Co-Defendant, Hon. Miguel Romero-Lugo (the Senator), is a Senator in the Puerto Rico Senate and was Raquel's supervisor and, at all times relevant, he was also the supervisor of Mr. Luis E. Flores-Alomar. Supplemental jurisdiction is invoked under PR Law 100-1959, as

amended, 29 L.P.R.A. §§ 146, et seq.; and PR Law 69-1985, 29 L.P.R.A. §§ 1321, et seq.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

8.     On December 12, 2018, Raquel timely filed a Charge of Discrimination against the Puerto Rico Senate for sex discrimination, sexual harassment, and retaliation with the Equal Employment Opportunity Commission (EEOC), due to the actions of Mr. Luis E. Flores-Alomar and the management's lack of action to resolve the situation. See *Raquel E. Vélez-Molina v. Senado de Puerto Rico,* Agency Charge No. 515-2019-00106. **Right to Sue Letter was issued on July 24, 2020. Plaintiffs filed this complaint within 90 days of receiving a notice of the right to sue from the EEO**.

## V. GENERAL ALLEGATIONS

9.     Raquel is a female, who worked for the Office of Senator Miguel Romero-Lugo since August 1st, 2017 until March 31, 2019 when she was fired for retaliatory and discriminatory reasons.

10.    Raquel was an employee of the Office of Senator Miguel Romero-Lugo in the Puerto Rico Senate, particularly in the Government Commission of the Senate, which was presided by the Senator.

11.    The Office of the Senator was composed by: (1) the Senator, Miguel Romero-Lugo; (2) Yaritzy de la Torre, Office Director (3) Luis E. Flores-Alomar, Community Relations Coordinator; (4) Noemi María Rodríguez-Rodríguez (usually identified as María), office worker; and (5) Ruben Villegas-Cotto, assistant.

12.    Senator Miguel Romero-Lugo, also presided over several commission offices: (1) Office for Commission for the Evaluation of the Puerto Rico Electoral System, composed by Orlaniz Ramos-Guzman, office worker and Gabriela M. Medina-Marrero, legislative advisor; (2) Office of the Government Commission, composed by Elvira M. Cancio-Lugo, Executive Director, Samuel Chico-Serrano, assistant and Raquel E. Vélez-Molina, office worker; (3) Office of the Joint Commission for the Continuous Review of the Penal Code, composed by Eduardo Nater-Ramos,

legislative assistant.

13.     When Raquel began to work in the Government Commission, her work area was in the Senator's office in the Capitol Building.

**Harassment and Hostile Work Environment Incidents**

14.     Since February 2018, Mr. Luis Flores-Alomar exhibited a hostile attitude against Raquel and an obsession about closing the door in the area where Raquel worked.

15.     On February 8, 2018, at about 5:00 p.m., Luis Flores-Alomar called Raquel and another female employee, Orlaniz Ramos to his to his office. Flores-Alomar the proceeded to question the two employees loudly and angrily. Flores-Alomar wanted to know which one had told Elvira Cancio, Executive Director of the Government Commission, that she had not been invited to an event.

16.     The event in question was a political event for the Senator to be held on February 10, 2018.

17.     Raquel told Mr. Luis Flores-Alomar that she did not know what he was talking about and then Ms. Ramos said it was her.

18.     Luis Flores-Alomar then proceeded to scream at Ms. Ramos and told her that she did not have to tell anything to Ms. Cancio about the Senator's political events. Then Mr. Flores-Alomar proceeded to continue screaming at Ms. Ramos and to disrespect her.

19.     Because Ms. Ramos was covering her face and crying, Raquel tried to intervene and told Mr. Flores-Alomar that he did not have to scream at her. Flores-Alomar then screamed at Raquel and told her to leave the office and leave him alone with Ms. Ramos and Mr. Samuel Chico, who had just entered the office. Raquel refused.

20.     Raquel managed to get Ms. Ramos out of Flores-Alomar's office and then proceeded to head back to her work area an closed the door behind her. Mr. Flores and Mr. Chico stayed in Flores' office for a while.

21.     A few minutes later, Mr. Luis Flores-Alomar entered Raquel's work area and closed the door behind him. Flores-Alomar then proceeded to get within inches of Raquel's face and screamed at her saying "*tú lo que eres es una presentá, no tenias que metrete, usted está aquí por mí, tiene que ser agradecida*" (nosy is what you are, you didn't have to get involved, you are here because of me, you have to be grateful)

22.     While Flores-Alomar was screaming at Raquel behind closed door, Ms. Ramos was trying to open the door crying and saying *"no la coja con ella, déjela tranquila"* (don't take it out on her, leave her alone).

23.     During that time, Flores-Alomar proceeded to question Raquel about other issues and started to say inappropriate things, such as sexual practices he enjoyed with his wife. Then he said he was sorry, only to immediately threaten Raquel by saying "*toda acción te va a traer consecuencia*" (all your actions will have consequences) (this was in relation of getting Ms. Ramos out of his office). Both Raquel and Ms. Ramos where very affected by the incident.

24.     Raquel remained crying in her desk and then began to collect her things. Mr. Samuel Chico told Raquel, "*hablamos luego*" (we'll talk later).

25.     When Raquel left the office, she called Ms. Yaritzy de la Torre and told her what had happened with Mr. Flores-Alomar and to request leave to get some lab work done. Ms. de la Torre told Raquel that she had 30 days to get her lab tests and that they did not have anyone to cover for her. Ms. de la Torre did nothing to correct the situation with Mr. Flores-Alomar.

26.     Later that night, Raquel was contacted by Ms. Cancio and Raquel proceeded to tell her everything that happened with Luis Flores-Alomar. Cancio told Raquel that Raquel's work was excellent and that she was very happy with her labor. Cancio also stated that she had talked to the Senator and that he said that he will no longer use commission personnel for political events and that they will turn the page (*pasará la página*). However, nothing was done to correct Mr. Flores-Alomar's conduct.

27.     The next day, María Rodríguez said that Ms. Ramos had it coming, and that if Ms. Ramos filed a complaint against Flores-Alomar it was going to be trouble for her. Ms. Rodríguez said that she would protect Flores-Alomar and that she would testify in his behalf if she had to.

28.     On April 25, 2018, Raquel was having lunch in the same area as Mr. Samuel Chico, Mr. Flores-Alomar and Ms. María Rodríguez. During that time Mr. Flores-Alomar began to say demeaning things about women, particularly that what women needed a man (*lo que les hace falta es un macho*). He would also say that the reason Ms. Cancio turned on a fan in her office was because she had "*calocha*" (referring the female genitals). This last comment was a common joke Mr. Luis Flores-Alomar would say in the office.

29.     On May 8, 2018, Mr. Luis Flores-Alomar played the song "*Paquita la del Barrio*" very loudly on his phone and then he stood in front of Raquel as he sang the part "*rata de dos patas, animal rastrero*" (two legged rat, crawling animal).

30.     On May 16, 2018, while Raquel was talking to Ms. María Rodríguez, Mr. Ruben Villegas, assistant to the Senator, interrupts the conversation to ask Ms. Rodríguez if she knew that Raquel suffered from her mental faculties and was retarded. Raquel told Ms. Cancio about the incident and she said that she would talk to the Senator.

31.     The next day, Ms. Yaritzy de la Torre met with Raquel and told her that Mr. Villegas will not disrespect her again. Raquel broke down crying and again told Ms. de la Torres about how she felt in the office, about the constant humiliations and that all she did was work none-stop from the moment she arrives. Raquel had to leave early that day because she was emotionally affected.

32.     Mr. Ruben Villegas was disciplined and given a Memo. However, nothing had been done in order to discipline Mr. Luis Flores-Alomar.

33.     On May 22, 2018, Mr. Luis Flores-Alomar began mocking Raquel because, according to him, she would cry any time a male worker offended her. Flores-Alomar said, *"dame una cebolla para llorar también como Raquel"* (give me an onion so that I can cry like Raquel).

34. On June 25, 2018, Luis Flores-Alomar began to scream at Raquel because he said that she had to come in to work during her vacation days. Flores-Alomar went to talk to Ms. Yaritzy de la Torre, who then called Raquel to order her to come in to work during her vacation days. A similar incident occurred again on June 27, 2018.

35. On September 13, 2018, Mr. Luis Flores-Alomar was upset because someone had closed his office door. Flores-Alomar proceeded to ask Raquel, who told him that it was Ms. Cancio, because she was trying to work and the radio in his office was very loud. Flores-Alomar became furious and said, that if he caught any of them touching his door, they were going to have serious problems and they will see what would happen.

36. On September 17, 2018, while Raquel was working in the copier and Luis Flores-Alomar came in and closed the door. Raquel proceeds to open the door and told Flores-Alomar that she was working.

37. Flores-Alomar got angry and screamed that the door had to be closed, to which Raquel tried to explain that she was working in the area. Flores-Alomar got angrier and screamed in Raquel's face to close the door.

38. Luis Flores-Alomar, then goes into the Senator's office and when he came out, he continued screaming and began to repeatedly slam the door.

39. Raquel was fearful for her safety and tried to go to the other side of the office. Luis Flores-Alomar then proceeded to block her way and when Raquel tried to open the door to go through, he would stop her and slam the door.

40. Raquel told Flores-Alomar that this was a daily situation and that he was provoking her every day by slamming the door when she wanted to go through. After Raquel's plea, Flores-Alomar just said "*son manias mías*" (its an obsession of mine)

41. On that same day, Raquel wrote a text message to the Senator, requesting to talk about the behavior of Mr. Flores-Alomar.

42. On that same day, Raquel wrote a text message to Ms. Elvira Cancio, who was out of the office at the moment, asking if she would return because Raquel wanted to meet with the Senator to discuss the incident with Flores-Alomar. Ms. Cancio replied telling Raquel to take it easy because Flores-Alomar was more important to the Senator than the other employees.

43. On September 18, 2018, Raquel met again with Yaritzy de la Torres and complained again about all the abuses and mistreatment at the hands of Flores-Alomar. Raquel also told de la Torre that she would file a complaint if the Senator kept ignoring the situation and that she wished to speak with him.

44. On that day, at about 10:20 a.m., Raquel met with the Senator and told him about all the situations the women in the office had with Flores-Alomar. The Senator said that he would investigate and resolve the matter.

45. No disciplinary action was taken against Luis Flores-Alomar and no measures where implemented to resolve the situation.

46. On September 26, 2018, Raquel was talking to Ms. Orlaniz Ramos and told her about how Mr. Luis Flores-Alomar continued with his hostile attitude towards the women in the office, because he never treats the men in such a way.

47. Ms. Ramos stated that she was tired of telling Ms. Yaritzy de la Torre about the comments made by Mr. Luis Flores-Alomar and Mr. Samuel Chico. She said that she just stopped reporting the incidents. Some of the comments were of sexual nature, regarding a pregnancy and her husband.

48. On October 14, 2018, Mr. Samuel Chico and Mr. Luis Flores were talking and Mr. Chico asked Flores-Alomar "*¿Cómo te dicen ahora?*" (what do they call you now), to which Luis Flores replied "*#me tienen miedo*" (#They Fear Me). On that morning, in two separate occasions that Flores-Alomar passed close to Raquel he would say "*#me tienen miedo*" (#They Fear Me).

49. On October 18, 2018 after a few straight days of Mr. Flores-Alomar playing music way too loud in his office, disrupting the work of other employees, Raquel went to Ms. Cancio to

tell her how sad she felt about the situation the women in the office had to go through. Ms. Cancio told Raquel that if she wanted a phycologist, to go to the one in the Capitol Building and not any other. Raquel told Ms. Cancio that she did not feel comfortable with that suggestion.

50. On November 5, 2018, Raquel had to get some documents from Ms. Cancio's office and when she came out, Luis Flores-Alomar got up from his desk to slam the door in Raquel's work area. Raquel asked if he was going to start with the same thing again and he replied that he wanted the door closed. Flores-Alomar challenged Raquel to file a complaint because they were not going to do anything to him.

51. Raquel told Flores-Alomar that he had a pattern of abuse against the women in the office and that he was only doing it because he wanted the female employees to fear him.

52. Another female employee that was in the office at the time, who belonged to another office, later told Raquel that Flores-Alomar called her boss to tell him that if she said anything about what had happened in the office with Raquel, she would answer to him.

53. Another female employee that was in the office that day, told Raquel that she wanted Mr. Flores-Alomar as far away as possible.

54. On November 6, 2018, Raquel told Ms. Cancio that she intended to quit, and Ms. Cancio told her not to leave her, not to allow Mr. Flores-Alomar to take away her peace of mind and that if she left it would be as if someone took away her arm.

55. On November 15, 2018, during the morning, whenever Luis Flores-Alomar would walk by Raquel he would sing the *Gran Combo* song "*Yo Soy la Muerte*" (I am Death)

56. Mr. Luis Flores-Alomar attitude toward Raquel and women in general was always that of abuse, disrespect and humiliation. He never replied to Raquel whenever she would say good morning. Would constantly raise his voice and slam doors. Would constantly make demeaning comments about female employees and women in general.

57. No matter how many times Raquel complained or reported the situation, neither Senator Miguel Romero-Lugo, nor the Senate Human Resourses Office would do anything about it.

58. Mr. Luis Flores-Alomar had created a hostile work environment, which was known by the employer and the employer failed to take any action.

59. The situation escalated to a level, that on November 26, 2018, Flores-Alomar committed a physical aggression against Raquel.

**Aggression Incident of Luis Flores-Alomar against Raquel**

60. On November 26, 2018, Raquel arrived at the Senator's office at 8:20am. Mr. Luis Flores-Alomar was in reception with María Rodriguez-Rodriguez. Raquel said *buenos días* (good morning), to which only María replied back, as Mr. Flores-Alomar never did.

61. Raquel then went to her desk and made a call to get some information to prepare several letters. Raquel then got up to check if the printer had paper.

62. When Raquel got up from her desk, Mr. Luis Flores-Alomar got up from his chair and slammed the door. Raquel opened the door to go through and asked Mr. Luis Flores-Alomar if he was going to start with his abuse and mistreatment so early.

63. Luis Flores-Alomar proceeded to scream at Raquel that the door must be closed and that she could file a complaint if she wanted. This was a common reply of Mr. Luis Flores-Alomar whenever he was confronted, and Raquel had mentioned multiple times that the only reason she had not filed a Complaint before was because of the loyalty she had towards the Senator.

64. Luis Flores-Alomar continued screaming at Raquel, telling her that "*tú lo que eres es una mal agradecida*" (you are ungrateful) \; "*gracias a mí, tu estás aquí*" (you are here, thanks to me). Raquel replied that her appreciation for her job was paid by her good work and that she did not have to tolerate mistreatments and abuses as appreciation.

65. Because Mr. Luis Flores-Alomar was agitated and seemed to be getting more violent, Raquel proceeded to take out her smart-phone and told him that she was going to record him. Mr. Luis Flores-Alomar replied "*grábame, haz lo que te dé la gana*" (record me, do whatever you want).

66. Raquel proceeded to record and Mr. Luis Flores-Alomar said "*graba a María, que ella será mi testigo*" (record María, she will be my witness). Raquel replied that she did not need to record María, because she was not being aggressive.

67. María tried to justify Mr. Luis Flores-Alomar's actions, but Raquel told her that she was not aware of the daily abuse that she received from Flores-Alomar, because she was in another area. María responded "*yo no quiero problema*" (I don't want trouble)

68. As the conversation between Raquel and María occurred, Mr. Luis Flores-Alomar walked side to side of the office screaming out loud.

69. Raquel then proceeds to open the door to return to her desk. Mr. Luis Flores-Alomar, when he saw that Raquel was walking through the door to reach her work area, Flores-Alomar pushed the door violently, pinning and hurting Raquel's left hand.

70. Raquel said that he had attacked her and that she will file a complaint. Mr. Luis Flores-Alomar, replied "*Haz la querella que te dé la gana, porque esa puerta tiene que estar cerrada*" (do whatever complaint you want, because that door has to be closed). Luis Flores-Alomar did not apologize and remained with a challenging attitude.

71. At 9:00 a.m., Raquel went to the nurse office to have her hand checked, Nurse López treated her and saw that Raquel was crying and very nervous. The nurse gave Raquel some pills for the pain and cold bag to lower the swelling on Raquel's left hand.

72. At 9:11 a.m. Raquel went to the Human Resources Office and met with Ms. María Santiago in a conference room and proceeded to tell her about the pattern of abuse that women worked with at the Senator's office at the hands of Luis Flores-Alomar and the other male staff. Raquel showed Ms. Santiago the videos she had of Flores-Alomar and Santiago proceeded to

call Ms. Yaritzy de la Torre and Víctor (PAE Coordinator). Raquel then moved to an office with Víctor.

73. Ms. Yaritzy de la Torre arrived and saw that Raquel was explaining the situation to Víctor, who left the office after Ms. de la Torre arrived.

74. Raquel proceeded to meet with Yaritzy de la Torre and told her about the incident and the abuse and mistreatment pattern of Mr. Luis Flores-Alomar, since she had already mentioned prior incidents.

75. Raquel told Ms. de la Torre to look at how the situation escalated because no one had done anything about Luis Flores-Alomar's behavior, because he had a pattern of abuse against women and that she had done nothing to deserve such treatment. Ms. de la Torre remained quiet.

76. After Raquel finished explaining the incident, Ms. de la Torre instructed her to notify the incident in writing, which she did in an email sent to Ms. de la Torre that same day at 9:29 p.m.

77. After finishing talking with Ms. de la Torre, Raquel went to meet with the Human Resources Director who was in a meeting with other Human Resources personnel. Mr. Francisco Paré, Sub-Director and Víctor (PAE) came out and met with Raquel in a conference room. They informed Raquel that they had coordinated with the Capitol Psychologist to meet with her on December 4, 2018.

78. She questioned what they intended to do about Mr. Luis Flores-Alomar and Mr. Paré said that they could not do anything about him because that was up to the Senator and that Human Resources was just there to provide assistance.

79. Víctor (PAE) told Raquel to sign a document waiving confidentiality of her employee and medical record so that they can provide the service. Raquel refused to sign a document allowing the Senate to access her personal documents.

80. Raquel then left with her husband, who had arrived at the Capitol to take Raquel to hospital and to file a police complaint.

81. At the hospital, Raquel was diagnosed with a contusion in her left hand and was ordered three days of rest.

**Reports on the Press**

82. On December 8, 2018, the aggression incident was covered in *El Nuevo Día*, in a report by Javier Colón Dávila. The paper reported that there were allegations by Raquel that Senator Romero did nothing to stop the pattern of abuse by Mr. Flores-Alomar, which resulted in a physical aggression.

83. On December 9, 2018, the same newspaper and the same reporter published the Senator's public position on the matter. Which was that they had taken steps for the employees not to coincide in the workplace until the matter was resolved.

84. The story was covered by other news outlets as well.

85. On October 27, 2019, reporter Javier Colón Dávila made a follow-up report on the matter that was published in *El Nuevo Día*.

**Employer's Response**

86. On December 12, 2018, same day Raquel filed a formal Charge of Discrimination with the EEOC, she reported to work at her new office.

87. The new accommodations where in the Medicina Tropical Building, which was outside the area of the Capitol Building.

88. The decision for relocating the Government Commission office was taken by the President of the Senate and Senator Miguel Romero-Lugo.

89. The new place was not habilitated for working. The building itself was being renovated and this meant that heavy equipment, such as electric hammers, made noise non-stop during the 8-hour work shift. The place assigned to work had mold, the roof tiles were on the floor, and toilet water from the second floor would leak on the area.

90. Because of the inhumane and unsanitary working condition, Raquel reported sick and returned to work on January 8, 2019, when she reported the working conditions to Ms. Cancio.

91. The alleged purpose of moving the Government Commission was to allegedly separate Raquel from Mr. Flores-Alomar. Raquel was given instructions that if she needed to access her old work area or the Senator's office, she would have to request permission beforehand.

92. However, Mr. Luis Flores-Alomar would present himself at the new facilities at lunch hour, along with other male employees, under the excuse that he was there to say hi to other people; when in reality he would go there to make jokes, humiliate and provoke Raquel.

93. On January 16, 2019, Raquel reported this situation to Yaritzy de la Torre, to which she said that they could not do anything about it, because there was not a restraining order against Flores-Alomar.

94. Even though there was not a retraining order against Raquel, the employer gave her instructions to keep her from entering the work area that Flores-Alomar worked at, but that same employer had not taken any measure, whatsoever, to avoid Mr. Flores-Alomar from going to Raquel's work area. In other words, transferring a limiting access to the victim, while the aggressor had no consequence at all.

95. On that same day, Raquel texted the Senator and Ms. Cancio about the situation and the Senator instructed Raquel to put it in writing, which she did. The next day, Raquel provided the requested letter.

96. Because of the letter, the President of the Senate and Senator Romero moved the Government Commission even further away from the Capitol Building.

97. All the Government Commission members that moved where female. At the time, there was a male employee in the commission, but he always reported to the Senator's office.

98. It is worth noting that on the day the move was made, the area where Raquel was assigned in the Medicina Tropical Building was fixed.

99. Even though various women that worked for Senator Miguel Romero-Lugo had complained in multiple occasions against Mr. Luis Flores-Alomar, he remained in the Senator's office, while it was the women of the office that had to move.

**Retaliatory Dismissal**

100. On March 29, 2020, Raquel received a letter telling her that, effective March 31, 2020, she was terminated. That reason proffered by the employer was that the Senate Government Commission had been assigned a new President.

101. In contrast, Mr. Samuel Chico-Serrano, the only male employee in the Senate Government Commission was retained. Also, Mr. Eduardo Nater-Ramos, of the Joint Commission for the Continuous Review of the Penal Code, was also retained. The males that where part of the Senator's political campaign and worked in his office and commissions were retained.

## VI. FIRST CAUSE OF ACTION
### (Title VII, PR Law 100, PR Law 69 and PR Law 115, Hostile Work Environment, Disparate Treatment base on Sex and Retaliation)

102. The allegations of paragraphs 1 through 101 are incorporated herein as though full set forth.

103. The Puerto Rico Senate is liable for permitting the creation of a hostile work environment against women and doing absolutely nothing to stop it or prevent it.

104. Disparate treatment was evident when only women who had complained about Flores-Alomar were moved to another work area, while the aggressor suffered no punishment or disciplinary action at all.

105. The area that was assigned was in no condition to work in, while no male employee was subjected to such conditions.

106. Moving Raquel and the other female staff was also retaliatory, since it happened just days after Raquel had gone public with her pleas of hostile work environment and the

Case 3:20-cv-01565-MEL   Document 1   Filed 10/21/20   Page 16 of 18

16

aggression she suffered at the hands of Luis Flores-Alomar.

107. The hostile work environment and disparate treatment was caused by discriminatory motivation against women.

108. The Puerto Rico Senate permitted an employee to engage in demeaning and humiliating practices against women, in order to subjugate women and make them fearful. All the while, employer had official knowledge of the situation and promoted the continuation of this conduct, by willingly ignoring it.

## VII. SECOND CAUSE OF ACTION
### (Title VII, PR Law 100, PR Law 69 and PR Law 115, Dismissal on basis of Sex Discrimination and Retaliation)

109. The allegations of paragraphs 1 through 108 are incorporated herein as though full set forth.

110. The Puerto Rico Senate is liable for the wrongful termination of Raquel.

111. The termination decision was based on discriminatory motivations because of sex, since the pretext employed to justify the action was the change of the Commission's presidency, but employer retained the male staff.

112. The termination was also based on retaliation, since it was made while a Charge of Discrimination, known by the employer, was still pending.

113. The termination was also retaliatory since it was also motivated by Raquel's exercise of her freedom of speech, by going public with her grievance.

## VIII. THIRD CAUSE OF ACTION
### (PR Law 100 and PR Law 69, Personal liability of Senator Miguel Romero-Lugo)

114. The allegations of paragraphs 1 through 113 are incorporated herein as though full set forth.

115. Senator Miguel Romero-Lugo is liable under Puerto Rico State Laws, because of his compliance in the sexual discrimination against women by an employee under his supervision.

116. The Senator also engaged in the disparate treatment by relocating Raquel and

other female employees to an unsuitable work area.

117. The Senator also engaged in sexual discrimination by terminating Raquel, while retaining the male staffers of the same commission.

## IX. DAMAGES

118. The allegations of paragraphs 1 through 117 are incorporated herein as though full set forth.

119. Raquel had a monthly income between salary and benefits of $2,000.00 a month.

120. Raquel has been out of work since March 31, 2019 and is entitled to back pay in the amount of $36,000.00 up to this day.

121. Raquel is entitled to front pay in an amount no less than $480,000.00.

122. While Raquel worked for the Defendants, she received private phycological therapy regularly to treat her emotional distress caused by the hostile work environment she was subjected to.

123. However, because she was terminated, she lost her health insurance and had no income to continue therapy. Raquel's emotional and mental anguish damages are estimated in no less than $1,000,000.00.

124. Because of her illegal termination and her loss of income, Raquel had to forfeit her vehicle, which created an undue burden on her husband. Damages arising from Raquel's loss of income are estimated in no less than $50,000.00.

## X. PRAYER

125. Plaintiffs are entitled to compensatory damages and all equitable reliefs, and economic damages, and respectfully requests the Court to grant this Complaint and issue judgment against the Defendants in the following matter:

   a. Order the Puerto Rico Senate and Senator Miguel Romero-Lugo to, jointly and severally, compensate Raquel and her husband in the amount of $1,566,000; or the maximum amount permitted under the cited laws, whichever is greater;

b. Order the Puerto Rico Senate and Senator Miguel Romero-Lugo to, jointly and severally, to issue payment of legal fees and the reimbursement of cost, such as witness and expert witness fees, translations, filing fees, etc.;

c. be awarded prejudgment interest and

d. any other relief that this Honorable Court deems appropriate.

## XI. JURY DEMAND

126. Plaintiffs demand a trial by jury pursuant to Rule 38(b) of the Federal Rule of Civil Procedure.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of October 2020.

MORALES SBERT LAW OFFICE
Edificio de Asociación de Maestros
452 Ave. Ponce de León, Suite 515
San Juan, PR 00918
Tel. 787-503-2801
E-mail: mgm@moralessbert.com
/s/Marcos G. Morales-Sbert
USDC-PR No. 230604