IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAQUEL E. VÉLEZ-MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS RIVERA SCHATZ IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE SENATE OF PUERTO RICO, et al., <br><br> Defendants. | CIVIL NO.: 20-1565 (MEL) |

**JUDGMENT STAYING CASE**

In accordance with this court's Opinion and Order (ECF No. 116), Judgment is hereby entered **STAYING** the case, pursuant to the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §§ 2101–2241. This case will be administratively closed for statistical purposes. However, the case may be reopened upon the filing of a copy of an order stating that the injunction was lifted in the PROMESA Title III proceedings or upon further order of the court.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of October, 2023.

s/Marcos E. López
U.S. Magistrate Judge